# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSE FIGUEROA SANCHEZ,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.  13-8139-WM |

REC'D by _____ D.C.
FILED
MAR 0 6 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | An alien, having previously been removed and deported from the United States on February 12, 2009, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States. |

This criminal complaint is based on these facts:
See attached affidavit of ICE Deportation Officer Andy Korzen.

☑ Continued on the attached sheet.

*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/06/2013__

*Judge's signature*

City and state:  __West Palm Beach, Florida__     U.S. Magistrate Judge William Matthewman
*Printed name and title*

## UNITED STATES v. JOSE FIGUEROA-SANCHEZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose FIGUEROA-SANCHEZ, committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about February 6, 2013, an individual identifying himself as Jose Ricardo FIGUEROA-SANCHEZ was arrested in Palm Beach County, Florida on charges of trafficking in cannabis and possession of cannabis in excess of 20 grams. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Jose FIGUEROA-SANCHEZ.

4. On or about February 7, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Samuel Torres took a sworn statement from individual identifying himself as Jose Ricardo FIGUEROA-SANCHEZ. Post-*Miranda,* Jose FIGUEROA-SANCHEZ admitted to being born in Honduras. He further admitted to last entering into the United States in 2010, after being removed from the United States in 2009. Jose FIGUEROA-SANCHEZ further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about February 11, 2013, your affiant received the immigration alien file assigned to Jose FIGUEROA-SANCHEZ. Official records within alien file assigned to Jose FIGUEROA-SANCHEZ show that he is a native and citizen of Honduras. Records further show that on or about January 27, 2009, Jose FIGUEROA-SANCHEZ was ordered removed from the United States. The Order of Removal was executed on or about February 12, 2009, whereby Jose Ricardo FIGUEROA-SANCHEZ was removed and deported to Honduras.

6. Records further show that, on or about November 26, 2008, in the 337-TH District Court, Harris County, Texas, Jose FIGUEROA-SANCHEZ was convicted of possession of cocaine less than 1 gram in case number 1183858.

7. Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about February 6, 2013, that is, Jose FIGUEROA-SANCHEZ was the same person previously removed from the United States on or about February 12, 2009.

8. On or about February 12, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A088 815 021 for the alien identified as Jose FIGUEROA-SANCHEZ, verifying that, after a diligent search, no record was found to exist indicating that Jose FIGUEROA-SANCHEZ had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about February 6, 2013, Jose FIGUEROA-SANCHEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 6th day of March, 2013.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8139-MATTHEWMAN

UNITED STATES OF AMERICA

vs.

JOSE FIGUEROA SANCHEZ,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
LAUREN E. JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. 726885
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Lauren.Jorgensen@usdoj.gov